**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 13, 2014**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   BRIAN R WADDLE                                           CASE NO. 09-13537
   DAWN L WADDLE                                             (CHAPTER 13)
   2196 SMITH ROAD                                          BETH A. BUCHANAN
   MOSCOW, OH  45153

   a/k/a
   FDBA BST CUSTOM HOMES;
   FDBA BST CONSTRUCTION
   DAWN STEINER
            Debtors
   SSN(1) XXX-XX-7140
   SSN(2) XXX-XX-7994

―――――――――――――――――――――――――――――――――――

ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN

―――――――――――――――――――――――――――――――――――

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss (Doc. 113) for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtors be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the matrix of the Debtors be notified of the dismissal and that the Trustee disburse funds in her possession pursuant to the confirmed plan, or if preconfirmation, Trustee shall disburse funds to Debtors minus administrative costs.

    Any funds received after the order of dismissal shall be returned to the debtors.

SO ORDERED.

COPIES TO:

All Creditors and Parties in Interest

                                                                                    # # #